LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148
Telephone:    (702) 600-3200
Facsimile:    (702) 947-7110
E-Mail:    laa@ayonlaw.com

*Attorneys for Defendant,*
*KK Real Estate Investment Fund, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity, <br><br>        Plaintiffs, <br><br> v. <br><br> KK REAL ESTATE INVESTMENT FUND, LLC, <br><br>        Defendant. | Case No.: 2:17-cv-00821-APG-DJA <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT KK REAL ESTATE INVESTMENT FUND, LLC TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 17]** |

COMES NOW, Plaintiffs, Ditech Financial LLC and Federal National Mortgage Association, by and through their counsel of record, Colt B. Dodrill, Esq., of the law firm of Wolfe & Wyman LLP, and Defendant, KK Real Estate Investment Fund, LLC, by and through its counsel, Luis A. Ayon, Esq., of the law firm of Ayon Law, PLLC, and pursuant to LR IA 6-1, hereby stipulate to and agree to providing Defendant and extension of time to file its Response to Plaintiffs' Motion for Summary Judgment [ECF No. 17], up to and including October 1, 2019.

///

///

///

///

The reason for said request is that counsel for Defendant has filed a Motion to Withdraw its representation of KK Real Estate Investment Fund, LLC [ECF No. 19].  Defendant will need to retain alternative representation to continue to defend its interest in this litigation.

DATED this 10th day of September, 2019.          DATED this 10th day of September, 2019.

**AYON LAW, PLLC**                                  **WOLFE & WYMAN, LLP**


 /s/ *Luis A. Ayon*                                 /s/ *Colt B. Dodrill*
LUIS A. AYON, ESQ.                                  COLT B. DODRILL, ESQ.
Nevada Bar No. 9752                                 Nevada Bar No. 99000
8216 Spanish Ridge Ave., #115                       6757 Spencer Street
Las Vegas, Nevada 89148                             Las Vegas, Nevada 89119
                                                    *Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

Dated: September 10, 2019.


_____
UNITED STATES DISTRICT COURT JUDGE