# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>KK REAL ESTATE INVESTMENT FUND, LLC,<br><br>Defendant. | Case No. 2:17-cv-00821-APG-DJA<br><br>**ORDER** |

This matter is before the Court on Defense Counsel Luis A. Ayon's Motion to Withdraw (ECF No. 19), filed on September 10, 2019. Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met. Mr. Ayon indicates Defendant has failed to meet its financial obligations to his firm necessitating his withdrawal. The Court will require that Defendant KK Real Estate Investment Fund advise the Court if it will retain new counsel by October 23, 2019 as it must retain new counsel if it intends to continue to litigate this matter. *See United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Filing a notice of new counsel on or before October 23, 2019 is sufficient to comply with the Court's order. Failure to respond may result in a recommendation to the United States District Judge assigned to this case that dispositive sanctions be issued against Defendant KK Real Estate Investment Fund, LLC, including dismissal of this action.

IT IS HEREBY ORDERED that Defense Counsel Luis A. Ayon's Motion to Withdraw (ECF No. 19) is granted.

IT IS FURTHER ORDERED that Defendant KK Real Estate Investment Fund, LLC shall have until October 23, 2019 to advise the Court if it will retain new counsel. Failure to notify the Court as to their new representation may subject it to dispositive sanctions, including a recommendation for dismissal of this action.

IT IS FURTHER ORDERED that the Clerk of the Court shall add the last known addresses of Defendant to the civil docket and send a copy of this Order to Defendant's last known address:

KK Real Estate Investment Fund, LLC

c/o Leo Chan

2625 S. Rainbow Blvd., C106

Las Vegas, NV 89146

702-301-3395

titanvegas@gmail.com

DATED: September 23, 2019

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE