MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No. 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant
KK Real Estate Investment
Fund, LLC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity,<br><br>Plaintiffs,<br><br>vs.<br><br>KK REAL ESTATE INVESTMENT FUND, LLC,<br><br>Defendant. | CASE NO.: 2:17-cv-00821-APG-DJA |

## SUBSTITUTION OF ATTORNEYS

Defendant, KK Real Estate Investment Fund, LLC, hereby substitute Michael F. Bohn, Esq. of Law Offices of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Joseph Y. Hong, Esq of Hong and Hong Law Office

DATED this ____ day of February, 2020.

By:_____
Cheung Chan, pmk for defendant,
KK Real Estate Investment Fund, LLC

1

MICHAEL F. BOHN, ESQ., does hereby agree to be substituted in the place of Joseph Y. Hong, Esq., as attorney for the defendant, KK Real Estate Investment Fund, LLC, in the above entitled matter.

DATED this 24th day of February, 2020.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ Michael Bohn
Michael F. Bohn, Esq.
Nevada Bar No. 1641
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

Joseph Y. Hong, Esq., consents to the substitution of Michael F. Bohn, Esq. as attorney of record for the defendant, KK Real Estate Investment Fund, LLC.

DATED this 24th day of February, 2020.

HONG & HONG LAW OFFICE

By: /s/ Joseph y Hong, Esq. /
Joseph Y. Hong, Esq.
1980 Festival Plaza Dr. # 650
Las Vegas, NV 89135

**IT IS SO ORDERED.**

DATED: February 25, 2020

_____
Daniel J. Albregts
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 24th day of February, 2020, a copy of the SUBSTITUTION OF ATTORNEYS was served via the Court's electronic service system and/or deposited for mailing in the U.S. Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Ariel E. Stern, Esq.<br>Rex D. Garner, Esq.<br>AKERMAN, LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Attorney for plaintiff,<br>  Bank of America, N.A. and<br>  Federal National Mortgage Association | Thomas E. McGrath, Esq.<br>Christopher A. Lund, Esq.<br>TYSON & MENDES, LLP<br>3960 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Attorneys for defendant,<br>  Borgata Homeowners Association, Inc. |

    /s/ /Maggie Lopez/
An Employee of the LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.